IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND,
BALTIMORE DIVISION

| | |
|---|---|
| MERYEM BENTAOUS, et al. | * |
| *Plaintiff*, | * |
| vs. | *   Civ. Action No.: 1:13-cv-3314 |
| ASSET ACCEPTANCE, LLC | |
| and | * |
| FULTON FRIEDMAN & GULLACE, LLP | |
| *Defendants.* | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**RETURN OF SERVICE**

I served the following documents (check all that apply):

  X    summons
  X    complaint, and any attachments
  __    subpoena
  __    other - describe:

By (check method of service):

  __    Personal - place served: _____
  X    Certified mail, restricted delivery
  __    Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
  __    Other - describe:

On (name of person or entity served):  <u>Scott Whiteman on behalf of Fulton Friedman & Gullace LLP</u>

Date of service: <u>December 14, 2013</u>

    I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server:        /s/ E. David Hoskins

LAW OFFICES OF
E. DAVID HOSKINS
16 E. LOMBARD ST.
SUITE 400
BALTIMORE, MD 21202
410-662-6500

|   |   |
|---|---|
| Date: | January 7, 2014 |
| Printed name of process server: | E. David Hoskins |
| Address of process server: | Law Offices of E. David Hoskins, LLC<br>16 E. Lombard Street, Ste. 400<br>Baltimore, Maryland  21202 |
| Phone number of process server: | (410) 662-6500 |

LAW OFFICES OF
E. DAVID HOSKINS
16 E. LOMBARD ST.
SUITE 400
BALTIMORE, MD 21202
410-662-6500



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

   Scott Whiteman
   7350-B Grace Drive
   Columbia, Maryland 21044

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Transfer from service label)
   7013 0600 0001 7191 7548

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

LAW OFFICES OF
E. DAVID HOSKINS, LLC
16 E. LOMBARD STREET,
SUITE 400
BALTIMORE, MARYLAND 21202

Re: Bentaous v. Asset Accept



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.92 | |
| Certified Fee | 3.10 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.55 | |
| Restricted Delivery Fee (Endorsement Required) | 4.75 | 12/12/13 |
| Total Postage & Fees | $12.32 | |

7013 0600 0001 7191 7548

Sent To: Scott Whiteman
Street, or PO: 7350-B Grace Drive
City, S: Columbia, Maryland 21044



$12.320
US POSTAGE
FIRST-CLASS
062S0000396793
21202



CERTIFIED MAIL

7013 0600 0001 7191 7548



First Class Mail

THE LAW OFFICES OF
E. DAVID HOSKINS, LLC
16 E. LOMBARD STREET, SUITE 400
BALTIMORE, MARYLAND 21202

TO:
Scott Whiteman
7350-B Grace Drive
Columbia, Maryland 21044

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| MERYEM BENTAOUS, Individually and on behalf of others similarly situated <br> *Plaintiff* <br> v. <br> ASSET ACCEPTANCE, LLC and FULTON FRIEDMAN & GULLACE LLP <br> *Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 1:13-cv-3314 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    FULTON FRIEDMAN & GULLACE LLP
    SERVE ON:
    Scott Whiteman
    7350-B Grace Drive
    Columbia, Maryland 21044

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    E. David Hoskins, Esquire
    Max F. Brauer, Esquire
    The Law Offices of E. David Hoskins, LLC
    16 E. Lombard Street, Ste. 400
    Baltimore, Maryland 21202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/7/13

FELICIA C. CANNON

*Signature of Clerk or Deputy Clerk*

